UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

DAVID MARK SEEDORF,                              Case No. 03-34016

                                    Debtor(s)   /

### ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by CITICORP, NA on behalf of Citi Cards, for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $1,111.89 be disbursed to CITICORP, NA, c/o Kathleen S. Allen, 3800 Citigroup Center, G3-4, Tampa, FL 33610.

DONE and ORDERED at Tallahassee, Florida, this 14th day of February, 2008.

                                                LEWIS M. KILLIAN, JR.
                                                Bankruptcy Judge

copies to:
CITICORP, NA, Creditor