UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

DAVID MARK SEEDORF,   CASE NO.: 03-34016-LMK

Debtor.   CHAPTER: 7
_____/

## ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS

THIS MATTER is before the Court on the Application for Payment of Unclaimed Funds (the "Application," Doc. 27) filed on behalf of Resurgent Capital Services on November 20, 2007. The Application seeks unclaimed funds in the amount of $1,111.89 due to Citi Cards. After reviewing the Application and case file, it does not appear that Citi Cards has transferred its claim to Resurgent Capital Services, LP under Fed. R. Bank. P. 3001(e). In addition, Citicorp, N.A. has filed an Application for Payment of Unclaimed Funds (Doc. 28) which affirms that the claim has not been sold or assigned. Therefore, it does not appear that Resurgent Capital Services, LP is entitled to the funds. Accordingly, it is hereby

ORDERED and ADJUDGED that the Application for Payment of Unclaimed Funds (Doc. 27) is DENIED.

DONE and ORDERED in Tallahassee, Florida this 14th day of February, 2008.

LEWIS M. KILLIAN, JR
United States Bankruptcy Judge

cc: all parties in interest